MARY F. CRUDUP v. WESTERN ELECTRIC COMPANY, INC.

June 3, 1986.

Petition for certification denied.

VILLAGE SUPERMARKETS, INC. v. TOWNSHIP OF
WEST ORANGE.

CENTRE PROPERTIES, CO. v. TOWNSHIP OF WEST ORANGE.

June 3, 1986.

Petition for certification granted. (See 206 *N.J.Super.* 597)